**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

TONJA HAISTEN,

        Plaintiff,

vs.                                            Case No. 3:09-cv-937-J-32JBT

ZACHRY INDUSTRIAL, INC.,

        Defendant.

_____

## ORDER

This case is before the Court on the Magistrate Judge's September 1, 2010 Report and Recommendation (Doc. 18) and the defendant's Notice of Non-Opposition (Doc. 19).[1] Upon independent de novo review, it is hereby

**ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 18) is **ADOPTED** as the opinion of the Court.

2.    The Joint Motion for Approval of Settlement (Doc. 10) is **GRANTED** to the extent that the Settlement Agreement and Mutual General Release are **APPROVED**

3.    This case is **DISMISSED WITH PREJUDICE**.

4.    The Clerk is directed to close the file.

**DONE AND ORDERED** at Jacksonville, Florida this 21st day of September, 2010.

---

[1] Plaintiff did not respond to the Report and Recommendation and the time in which to do so has now passed.

                                                                                        _____
                                                                                        TIMOTHY J. CORRIGAN
                                                                                        United States District Judge

mg.
Copies:

Honorable Joel B. Toomey
United States Magistrate Judge

counsel of record